**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-01396-LTB-MEH

BEVERLY RUUD, and
JEFFREY RUUD,

      Plaintiffs,

v.

LEGACY PARTNERS II INVERNESS, LLC, a Delaware limited liability company, and
ABM ENGINEERING SERVICES COMPANY, a California corporation,

      Defendants.
_____

## ORDER
_____

THIS MATTER having come before the Court on the Plaintiffs' Unopposed Motion to Dismiss Without Prejudice (Doc 11 - filed September 5, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                        BY THE COURT:

                          s/Lewis T. Babcock
                          Lewis T. Babcock, Judge

DATED:   September 6, 2007